

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

JASON CAMACHO ~~AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED~~,

      Plaintiffs,

v.

NEW YORK URBAN OWNERSHIP MANAGEMENT LLC, THE MANHATTAN CLUB MARKETING GROUP LLC, AND THE MANHATTAN CLUB TIMESHARE ASSOCIATION INC.,

      Defendants.
----------------------------------------x

No.: 1:17-cv-9278 (RWS)(SN)



## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, on behalf of the Plaintiff and Defendants, that the above-captioned action is hereby dismissed, with prejudice, with each party bearing its own costs.

Dated: New York, New York
   September 10, 2018

_____
Jennifer M. Schmalz (JS7993)
Kane Kessler, P.C.
666 Third Avenue
New York, NY 100187
(212) 519-5162
*Attorneys for Defendants*

_____
Ben Baumgartner
Gehi & Associates
104-05 Liberty Avenue
Ozone Park, NY 11417
(718) 577-0711
*Attorneys for Plaintiff*

STIPULATION APPROVED AND SO ORDERD: ON THE UNDERSTANDING THAT THIS IS A SETTLEMENT ONLY OF JAMES CAMACHO'S INDIVIDUAL CLAIM AND NOT A CLASS SETTLEMENT

_____
~~Hon. Robert W. Sweet~~
New York, New York

Hon. Colleen McMahon Chief Judge
4/2/19

IF THIS PURPORTS TO BE A CLASS SETTLEMENT, THEN WE MUST GO THROUGH THE NECESSARY STEPS.